FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>MANUEL GARCIA-MENDOZA,<br><br>Defendant. | No. 2:11-CR-2079-WFN-14<br><br>ORDER DISMISSING INDICTMENT AND QUASHING WARRANT<br><br>**UNITED STATES MARSHAL ACTION REQUIRED** |

Pending before the Court is the Government's Motion for Dismissal Without Prejudice. ECF No. 1144. The Court has reviewed the file and Motions and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The Government's Motion for Dismissal Without Prejudice, filed April 22, 2019, **ECF No. 1144**, is **GRANTED**.

2. The Indictment is **DISMISSED WITHOUT PREJUDICE.**

3. The warrant is **QUASHED**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** the United States Marshals Service—Action Required.

**DATED** this 22nd day of April, 2019.

04-22-19

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER